MARCH 26, 1969.

No. 770. CHIMEL v. CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, 393 U. S. 958.] Motion of petitioner for appointment of counsel granted. It is ordered that *Keith C. Monroe, Esquire,* of Santa Ana, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

APRIL 1, 1969.

No. ——. MARCUCILLI v. UNITED STATES ET AL. (C. A. 2d Cir.) Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Samuel J. Landau* for applicant. *Solicitor General Griswold* in opposition.

No. ——. MORSE v. LAIRD, SECRETARY OF DEFENSE, ET AL. C. A. 9th Cir. Application for return of petitioner to the United States presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS would grant the application. *Solicitor General Griswold* in opposition.

No. 463. NATIONAL LABOR RELATIONS BOARD v. WYMAN-GORDON Co. C. A. 1st Cir. [Certiorari granted, 393 U. S. 932.] Motion of respondent for leave to file supplemental brief after argument granted. *Quentin O. Young* on the motion.

No. 1502, Misc. URRY v. ARIZONA ET AL.; and
No. 1572, Misc. MUELLER v. CRAVEN, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.